UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY ASAN, on behalf of herself
and all others similarly situated

vs. C.A. NO. 05-325ML

MERCK & CO., INC.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
August 22 , 2005

Entered as an Order of this Court on August 23 , 2005.

Barbara Barletta
Deputy Clerk